CITY OF DANBURY *v.* JOHN B. FALVO ET AL.

BROWN, C. J., JENNINGS, BALDWIN, INGLIS and O'SULLIVAN, Js.

Argued December 4, 1952—decided January 13, 1953

*T. Clark Hull,* for the appellants (defendants).

*Rocco E. LaCava,* with whom, on the brief, was *Abram W. Sipro,* for the appellee (plaintiff).

BALDWIN, J. The facts in this case are similar to those in *Danbury* v. *Corbett,* decided this day, and the identical legal question is presented. The decision in that case impels a like decision in this one.

There is error, the judgment is set aside and the case is remanded with direction to render judgment for the defendants.

In this opinion JENNINGS and O'SULLIVAN Js., concurred; BROWN, C. J., and INGLIS, J., dissented.